UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN S. MAHAN,
       Plaintiff,
v.                                       Case No. 3:19-cv-1435-J-20PDB

WITHERSPOON MOBILE AUTO
REPAIR, LLC, a Florida Limited
Liability Company, and TERREK S.
WITHERSPOON, an individual,
jointly and severally,
       Defendants.
_____/

## ORDER

**THIS CAUSE** is before this Court on the parties' "Joint Motion for Approval of Settlement" (Dkt. 16). After a thorough review of the Motion and accompanying exhibits, this Court concludes the settlement is a fair and reasonable resolution to this bona fide dispute.

Accordingly, it is **ORDERED**:

1. The parties' "Joint Motion for Approval of Settlement" (Dkt. 16) is **GRANTED**; this Court approves the proposed Settlement Agreement and Mutual General Release, attached to the joint motion;

2. This case is **DISMISSED with PREJUDICE**; and

3. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of July, 2020.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Robert S. Norell, Esq.
Jeffrey R. Ludwig, Esq.
Mark Hulsey, IV, Esq.